FED PRE PO

Fisher And Fisher
File # 54933

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Chase Mortgage Company f/k/a Chemical Mortgage Company<br>Plaintiff<br>VS.<br>Johnnie B. Wells,<br>Defendant | ) <br> ) <br> ) NO. 03 C 1678 <br> ) Judge Lindberg <br> ) <br> ) |

### AMENDED NOTICE OF MOTION

**DOCKETED**
**MAY 1 5 2003**

TO: -Johnnie B. Wells, 3621 Monroe, Bellewood, IL 60104

On **May 14, 2003**, at 10:00 a.m. or as soon thereafter as counsel may be heard I shall appear before the Honorable Judge Lindberg, Room 1425 or any other Judge Presiding in his place in the United States Federal Courthouse located at 219 S. Dearborn, Chicago, Illinois, and shall then request the Court to enter an Order for Dismissal.

_____
One of its Attorneys

**FISHER AND FISHER**
**Attorneys at Law, P.C.**
**120 N. LaSalle St., Ste. 2520**
**Chicago, Illinois 60602**
**(773) 854-8055**

### PROOF OF SERVICE BY MAIL

I, the undersigned, at attorney certify that I served this notice by causing to mail a copy to the above named parties at the addresses listed above by depositing the same in the U.S. mail at 120 N. LaSalle Street, Chicago, IL 60602 at 5:00 p.m. on May 5, 2003.

_____
One of its Attorneys



Fisher And Fisher
File # 54933

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Chase Mortgage Company f/k/a Chemical Mortgage Company<br>Plaintiff<br>VS.<br>Johnnie B. Wells,<br>Defendant | )<br>)<br>) NO. 03 C 1678<br>) Judge Lindberg<br>)<br>) |

FILED  03 MAY -7 AM 10: 13  CLERK U.S. DISTRICT COURT

DOCKETED
MAY 1 5 2003

### MOTION TO DISMISS

NOW COMES THE PLAINTIFF, Chase Mortgage Company f/k/a Chemical Mortgage Company, by and through its attorneys, Fisher and Fisher, Attorneys at Law, P.C. and in support of its Motion to Dismiss this action, states the following:

1. This lawsuit was filed on March 7, 2003.

2. Defendants have since paid off their loan.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court dismiss this matter.

Respectfully submitted,

Chase Mortgage Company f/k/a Chemical Mortgage Company

By: _____
One of its attorneys

**FISHER AND FISHER**
**ATTORNEYS AT LAW, P.C.**
120 North LaSalle Street
Suite 2520
Chicago, IL 60602
(773)854-8055

